IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ROBERTO Y GUERRERO DIAZ  CASE NO. 11-07172 BKT
LUGZA M PRIETO MARTINEZ  CASE NO. 11-07173 BKT

Chapter 13

XXX-XX-2648
XXX-XX-6694

FILED & ENTERED ON 08/31/2011

**Debtor(s)**

## ORDER

Upon the debtors' motions requesting substantive consolidation of the referenced cases, creditors are hereby allowed twenty one (21) days to file objections. If no objections are filed, the motions will be granted accordingly.

IT IS SO ORDERED.

San Juan, Puerto Rico this 31 day of August, 2011.

Brian K. Tester
U.S. Bankruptcy Judge