```
United States Bankruptcy Court
District of Puerto Rico
```

In re:                                                                  Case No. 11-07172-BKT
ROBERTO Y GUERRERO DIAZ                                                 Chapter 13
LUGZA M PRIETO MARTINEZ
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0104-3          User: lopezm            Page 1 of 1              Date Rcvd: Sep 26, 2011
                              Form ID: pdf002         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
db/jdb         ROBERTO Y GUERRERO DIAZ,    LUGZA M PRIETO MARTINEZ,    45 CALLE 9,    BO CEIBA CARMELITA,
                VEGA BAJA, PR   00693

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**                    **Signature:**    _Joseph Speetjens_

```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF PUERTO RICO

                              Minute Entry
```

**Hearing Information:**

**Debtor**: ROBERTO Y GUERRERO DIAZ and LUGZA M PRIETO MARTINEZ
**Case Number**: 11-07172-BKT13                                **Chapter**: 13
**Date / Time / Room**: 9/20/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: MARISOL lOPEZ
**Reporter / ECR**: JOSE ROMO

**Matter:**

Motion for continuation of the automatic stay as to the debtor (#7)

**Appearances:**

JULIEL PEREZ FOR THE CHAPTER 13 TRUSTEE

**Proceedings:**

Hearing moot as the motion was granted as unopposed.

                                        /S/ BRIAN K. TESTER
                                        U.S. Bankruptcy Judge