IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 11-07172 BKT |
| --- | --- |
| ROBERTO Y. GUERRERO DIAZ<br>LUGZA M. PRIETO MARTINEZ<br>DEBTOR(S) | CHAPTER 13 ASSET CASE) |

**DEBTORS REPLY TO TRUSTEE'S MOTION TO DISMISS
AND REQUEST FOR NEW 341 MEETING**

**TO THE HONORABLE COURT:**

1. On October 3rd, 2011, Trustee filed a Motion to Dismiss based on debtor's failure to attend the 341 meeting.

2. There were several hearings schedule in the present case since debtor filed separate because they are common law spouses and this caused that debtors were confused and failed to appear at the 341 meeting of creditors.

3. Debtors are current with their payments to the Trustee.

4. Based on the abovementioned, it is debtor's contention that Trustee's motion turns into a moot one.

**NOTICE**

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve

and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny Trustee's Motion to Dismiss and Order a new 341 meeting be scheduled by the Trustee.

In San Juan, Puerto Rico, this 4th, day of October 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-07172-13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.

**11-07172-13 Notice will not be electronically mailed to:**

BANCO POPULAR DE PUERTO RICO
P.O. BOX 362708
SAN JUAN, PR 00936-2708

CHILDRENS PLACE
PO BOX 20507
KANSAS CITY, MO 64195

CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NC 28272-0919

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR 00918

ECMC
PO BOX 75848
ST PAUL, MN 55175

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

INTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA, PA 19114

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185

LCDA. YIVETTE CARRION DE JESUS
URB ROYAL TWON
3-41 CALLE 41
BAYAMON, PR 00956

PRA RECEIVABLES MANAGEMENT LLC
PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541

RECOVERY MANAGEMENT SYSTEMS CORP
GE MONEY BANK
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33132

SEARS
P.O. BOX 6189
SIOUX FALLS, SD 57117

U.S. DEPARTMENT OF EDUCATTION
PO BOX 5609
GREENVILLE, TX 75403

WACHOVIA
PO BOX 78845
PHOENIX, AZ 85062-8845

WALMART/GEMB
PO BOX 530927
ATLANTA, GA 30353-0927

PRA RECEIVABLES MANAGEMENT LLC
PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541

SAM'S CLUB
PO BOX 960013
ORLANDO, FL 32896-0013

Wells Fargo Education Financial
Services
P.O. Box 650725
Dallas, TX 75265-0725