IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-07172 BKT

ROBERTO Y GUERRERO DIAZ

Chapter 13

XXX-XX-2648

FILED & ENTERED ON
11/08/2011

Debtor(s)

## ORDER

Upon debtor(s)' reply (see docket entry #30), the motion to dismiss filed by the Trustee, docket entry #30 is hereby denied. The Trustee to reschedule a new 341 meeting.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 08 day of November, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR
   MARILYN VALDES ORTEGA
   JOSE RAMON CARRION MORALES